**JS-6**

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRANG DIEM TRAN,<br>*Plaintiff*,<br>vs.<br>JOSEPH B. EDLOW, et al.,<br>*Defendants.* | Case No.: 2:26-cv-06710-FMO-RAO<br><br>**ORDER GRANTING STIPULATION [13] FOR DISMISSAL WITHOUT PREJUDICE** |

The Court, having considered the Parties' Stipulation for Dismissal Without Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that: the above-captioned action is dismissed in its entirety against all Defendants *without prejudice*, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: September 8, 2026

/s/
HON. FERNANDO M. OLGUIN
United States District Judge